Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice* pending)
Jeremy Roller (*pro hac vice* pending)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

FILED
MAY - 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an individual,<br><br>Defendants. | NO. CIV S-06-0949 FCD GGH<br><br>ORDER GRANTING PLAINTIFF MICROSOFT'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL<br><br>[FILED UNDER SEAL] |

Microsoft Corporation v. Medvedkov et al                                           Doc. 2

THIS MATTER comes before the Court upon Plaintiff Microsoft's *Ex Parte* Motion for Leave to File under Seal certain pleadings and other documents in this action. Having reviewed the materials submitted, and being fully advised, the Court hereby GRANTS the motion as follows:

ORDER GRANTING *EX PARTE* MOTION FOR
LEAVE TO FILE UNDER SEAL – Page 1

  (1) The Court GRANTS Microsoft's *Ex Parte* Motion without notice because the Court finds that there is a real and substantial probability that prior notice of the documents enumerated below would defeat the relief sought therein.

  (2) The Court directs the Clerk of the Court to place the documents enumerated below under seal of the Court:

   (a) Plaintiff Microsoft's *Ex Parte* Motion for Leave to File under Seal;

   (b) Memorandum in Support of Plaintiff Microsoft's *Ex Parte* Motion for Leave to File under Seal;

   (c) [Proposed] Order Granting Plaintiff Microsoft's *Ex Parte* Motion for Leave to File under Seal;

   (d) Complaint for Damages and Injunctive Relief;

   (e) Summons;

   (f) Civil Cover Sheet;

   (g) Plaintiff Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Freezing Defendants' PayPal Account and Related Accounts, and (2) Order to Show Cause;

   (h) Memorandum in Support of Plaintiff Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Freezing Defendants' PayPal and Related Accounts, and (2) Order to Show Cause;

   (i) [Proposed] Order Granting Plaintiff Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Freezing Defendants' PayPal Account and Related Accounts, and (2) Order to Show Cause;

   (j) Plaintiff Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Enjoining Distribution of Microsoft Products, (2)

Temporary Order Impounding Microsoft Products, and (3) Order to Show Cause;

(k) Memorandum in Support of Plaintiff Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Enjoining Distribution of Microsoft Products, (2) Temporary Order Impounding Microsoft Products, and (3) Order to Show Cause;

(l) [Proposed] Order Granting Plaintiff Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Enjoining Distribution of Microsoft Products, (2) Temporary Order Impounding Microsoft Products, and (3) Order to Show Cause;

(m) Declaration of Miles Hawkes, and exhibits attached thereto;

(n) Declaration of Evelyn Blackwell, and exhibits attached thereto;

(o) *Pro Hac Vice* Application, ECF Registration and Consent to Electronic Service, Proposed Order (Scott T. Wilsdon); and

(p) *Pro Hac Vice* Application, ECF Registration and Consent to Electronic Service, Proposed Order (Jeremy E. Roller).

(3) Notwithstanding the foregoing, the Clerk of the Court is directed to make certified or other copies of the above enumerated documents, including all orders entered by this Court, available to Plaintiff's counsel for service.

(4) The Court ORDERS that the seal shall be lifted upon service on Defendants and the third party financial institutions with the Temporary Restraining Order Freezing Defendants' PayPal Account and Related Accounts, or as otherwise ordered by the Court. Plaintiff's counsel is directed to notify the Clerk as soon as the service is completed.

DATED this 1st day of May, 2006.

_____
United States District Judge

ORDER GRANTING *EX PARTE* MOTION FOR
LEAVE TO FILE UNDER SEAL – Page 3