

1   Paul J. Andre (Bar No. 196585)
    Esha Bandyopadhyay (Bar No. 212249)
2   Perkins Coie LLP
    101 Jefferson Drive
3   Menlo Park, California 94025-1114
    Phone: (650) 838-4370
4   Fax: (650) 838-4350
    Email: PAndre@perkinscoie.com
5       bande@perkinscoie.com

6   Scott T. Wilsdon (*pro hac vice* pending)
    Jeremy Roller (*pro hac vice* pending)
7   Yarmuth Wilsdon Calfo PLLC
    925 Fourth Avenue, Suite 2500
8   Seattle, Washington 98104
    Phone: (206) 516-3800
9   Fax: (206) 516-3888
    Email: wilsdon@yarmuth.com
10      jroller@yarmuth.com

11  Attorneys for Plaintiff Microsoft

12                  UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA
                        SACRAMENTO DIVISION
14

15  MICROSOFT CORPORATION, a
    Washington corporation,                    NO. CIV S-06-0949 FCD GGH

16                  Plaintiff,                  ORDER GRANTING MICROSOFT'S *EX
                                                PARTE* APPLICATION FOR (1)
17          v.                                  TEMPORARY RESTRAINING ORDER
                                                ENJOINING DISTRIBUTION OF
18  OLEG MEDVEDKOV, d/b/a 1ST CHOICE            MICROSOFT PRODUCTS, (2)
    SOFTWARE, 030801, LEJEPEK,                  TEMPORARY ORDER IMPOUNDING
19  LEJEPEKA, and ARTOW, an individual; and     MICROSOFT PRODUCTS, AND
    LYNN LAYHEE, d/b/a 030801, an               (3) ORDER TO SHOW CAUSE
20  individual,
                                                **[FILED UNDER SEAL]**
21                  Defendants.

22

23          THIS MATTER comes before the Court upon plaintiff Microsoft Corporation's

24  ("Microsoft") *Ex Parte* Application for (1) a Temporary Restraining Order enjoining Oleg

25  Medvedkov and Lynn Layhee (collectively, "Defendants") from distributing Microsoft

26  software products or purported Microsoft software products, (2) a Temporary Impoundment

ORDER GRANTING (1) TRO, (2) TEMPORARY
IMPOUNDMENT ORDER, AND (3) ORDER TO
SHOW CAUSE -- Page 1

Microsoft Corporation v. Medvedkov

Doc. 8

1    Order directing Defendants to preserve all Microsoft software products or purported

2    Microsoft software products pending an inspection, segregation and impoundment of all

3    counterfeit, tampered and/or infringing products, and (3) a Show Cause Order requiring

4    Defendants to appear and show cause why the Temporary Restraining Order and

5    Temporary Impoundment Order should not remain in place for 21 days pending the

6    inspection and impoundment, or as otherwise ordered by the Court. Having reviewed the

7    materials submitted, and being fully advised, the Court GRANTS Microsoft's application as

8    follows:

9    (1)    The Court GRANTS Microsoft's *Ex Parte* Application without notice to

10   Defendants because the Court finds that there is a real and substantial probability that

11   Defendants will secrete or transfer beyond the Court's jurisdiction the Microsoft software

12   products or purported Microsoft software products that are the subject of this Temporary

13   Restraining Order.

14   (2)    The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary

15   Restraining Order enjoining Defendants' distribution of Microsoft software products or

16   purported Microsoft software products upon finding that plaintiff Microsoft has carried its

17   burden of showing (a) irreparable harm, and (b) a likelihood of success on the merits.

18   Alternatively, the Court finds that Microsoft has carried its burden of showing sufficient

19   questions on the merits to make them a fair ground for litigation and a balance of hardships

20   tipping decidedly in its favor.

21   (3)    The Temporary Restraining Order is granted pursuant to Federal Rule of

22   Civil Procedure 65, 15 U.S.C. § 1116(a) (trademark), 17 U.S.C. § 502 (copyright), 17

23   U.S.C. § 1203(b) (Digital Millennium Copyright Act), and 18 U.S.C. § 2318(f)(2)(A) (Anti-

24   Counterfeiting Amendments Act).

25   (4)    The Court hereby RESTRAINS AND ENJOINS Oleg Medvedkov and Lynn

26   Layhee, and any persons or entities acting on their behalf, from advertising, distributing or

ORDER GRANTING (1) TRO, (2) TEMPORARY
IMPOUNDMENT ORDER, AND (3) ORDER TO
SHOW CAUSE – Page 2

1 | selling any Microsoft software products or purported Microsoft software products,

2 | including, but not limited to the following:

3 |     (a)    Windows XP Professional,

4 |     (b)    Office 2003 Professional,

5 |     (c)    Access 2003,

6 |     (d)    Excel 2003,

7 |     (e)    Outlook 2003,

8 |     (f)    PowerPoint 2003,

9 |     (g)    Word 2003,

10 |     (h)    Publisher 2003,

11 |     (i)    Office 2000 Professional,

12 |     (j)    Access 2000,

13 |     (k)    Excel 2000,

14 |     (l)    Outlook 2000,

15 |     (m)    PowerPoint 2000,

16 |     (n)    Word 2000,

17 |     (o)    Publisher 2000,

18 |     (p)    Office 97, and

19 |     (q)    Other software products protected by any Microsoft copyright or

20 | displaying any Microsoft trademark.

21 |     (5)    The Court hereby RESTRAINS AND ENJOINS Oleg Medvedkov and Lynn

22 | Layhee, and any persons or entities acting on their behalf, from advertising, distributing or

23 | selling any Microsoft software components or purported Microsoft software components,

24 | including, but not limited to the following:

25 |     (a)    Certificates of Authenticity ("COAs"),

26 |     (b)    End User License Agreements ("EULAs"),

ORDER GRANTING (1) TRO, (2) TEMPORARY
IMPOUNDMENT ORDER, AND (3) ORDER TO
SHOW CAUSE – Page 3

1       (c)    Client Access Licenses ("CALs"),

2       (d)    Product keys,

3       (e)    End user manuals,

4       (f)    Frontliners and backliners,

5       (g)    Registration cards, and

6       (h)    Other documentation, labeling components or packaging designed to

7   be distributed with Microsoft software products.

8       (6)    The Temporary Restraining Order shall take effect immediately and shall

9   remain in effect pending the Show Cause Hearing in Paragraph 15, or further order of this

10   Court. Defendants may apply to the Court for dissolution or modification of this

11   Temporary Restraining Order on two court days' notice to Microsoft.

12       (7)    The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary

13   Impoundment Order upon finding that plaintiff Microsoft has carried its burden of showing

14   (a) irreparable harm, and (b) a likelihood of success on the merits. Alternatively, the Court

15   finds that Microsoft has carried its burden of showing sufficient questions on the merits to

16   make them a fair ground for litigation and a balance of hardships tipping decidedly in its

17   favor.

18       (8)    The Temporary Impoundment Order is granted pursuant to Federal Rule of

19   Civil Procedure 65, 15 U.S.C. § 1116(a) (trademark), 17 U.S.C. § 503(a) (copyright), 17

20   U.S.C. § 1203(b)(2) (Digital Millennium Copyright Act), and 18 U.S.C. § 2318(f)(2)(B)

21   (Anti-Counterfeiting Amendments Act).

22       (9)    The Court hereby RESTRAINS AND ENJOINS Oleg Medvedkov and Lynn

23   Layhee, and any persons or entities acting on their behalf, from transferring, removing or

24   disposing of any Microsoft software products or purported Microsoft software products, in

25   Defendants' possession, custody or control.

26

ORDER GRANTING (1) TRO, (2) TEMPORARY
IMPOUNDMENT ORDER, AND (3) ORDER TO
SHOW CAUSE – Page 4

1        (10)    The Court hereby RESTRAINS AND ENJOINS Oleg Medvedkov and Lynn

2   Layhee, and any persons or entities acting on their behalf, from transferring, removing or

3   disposing of any Microsoft software components or purported Microsoft software

4   components, in Defendants' possession, custody or control.

5        (11)    The Court hereby IMPOUNDS all Microsoft software products and

6   components, and purported Microsoft software products and components, in Defendants'

7   possession, custody or control. Defendants are further ORDERED to identify in writing to

8   plaintiff's counsel, not less than two court days before the Show Cause Hearing in

9   Paragraph 15, the location or locations of all such products and components.

10        (12)    This Temporary Impoundment Order shall take effect immediately and shall

11   remain in effect pending the Show Cause Hearing in Paragraph 15, or further order of this

12   Court. Defendants may apply to the Court for dissolution or modification of this

13   Temporary Impoundment Order on two court days' notice to Microsoft.

14        (13)    Defendants are ORDERED to preserve all electronic data files, e-commerce

15   records, e-mail communications, customer records, shipping records, telephone logs and

16   other materials that relate to the business practices of Defendants (including but not limited

17   to records reflecting Defendants' acquisition or distribution of Microsoft software products

18   and components, and purported Microsoft software products and components), or any other

19   person or entity either directly or indirectly under their control, wherever those records are

20   kept, and whether kept electronically or in hard copy.

21        (14)    Microsoft is directed to file proof of bond, in the amount of $10,000, within

22   three court days of this Order. The bond shall serve as security for all claims with respect

23   to this Temporary Restraining Order and Temporary Impoundment Order, and any

24   additional injunctive relief ordered by the Court.

25        (15)    Defendants are ordered to appear on May 5, 2006, at 10:00 a.m., and show

26   cause why Temporary Restraining Order and Temporary Impoundment Order should not

1    remain in effect for 21 days pending the inspection, segregation and impoundment of any

2    counterfeit, tampered and/or infringing Microsoft software products and components in

3    Defendants' possession, custody or control.

4        (16)    Defendants shall serve and file any papers in opposition to the continued

5    injunction and impoundment not less than two court days before the Show Cause Hearing.

6    Plaintiff Microsoft shall serve and file any reply papers not less than one court day before

7    the Hearing.

8        (17)    Defendants may apply to the court for modification or dissolution of this

9    order on two (2) court days notice by personal service or such service as the court shall

10   allow.

11   DATED this ___ day of ___ May ___, 2006 at ___ p.m.

12

13

14                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING (1) TRO, (2) TEMPORARY
IMPOUNDMENT ORDER, AND (3) ORDER TO
SHOW CAUSE – Page 6