**SEALED**

1  Paul J. Andre (Bar No. 196585)
   Esha Bandyopadhyay (Bar No. 212249)
2  Perkins Coie LLP
   101 Jefferson Drive
3  Menlo Park, California 94025-1114
   Phone: (650) 838-4370
4  Fax: (650) 838-4350
   Email: PAndre@perkinscoie.com
5          bande@perkinscoie.com

6  Scott T. Wilsdon (*pro hac vice* pending)
   Jeremy Roller (*pro hac vice* pending)
7  Yarmuth Wilsdon Calfo PLLC
   925 Fourth Avenue, Suite 2500
8  Seattle, Washington 98104
   Phone: (206) 516-3800
9  Fax: (206) 516-3888
   Email: wilsdon@yarmuth.com
10         jroller@yarmuth.com

11  Attorneys for Plaintiff Microsoft

**FILED**

**MAY - 1 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

12

UNITED STATES DISTRICT COURT
13     EASTERN DISTRICT OF CALIFORNIA
            SACRAMENTO DIVISION

14

| | |
|---|---|
| 15  MICROSOFT CORPORATION, a Washington corporation, | NO. CIV S-06-0949 FCD GGH |
| 16            Plaintiff, | ORDER GRANTING MICROSOFT'S *EX PARTE* APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER FREEZING DEFENDANTS' PAYPAL AND RELATED ACCOUNTS, AND (2) ORDER TO SHOW CAUSE |
| 17       v. | |
| 18  OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, | |
| 19  LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an | **[FILED UNDER SEAL]** |
| 20  individual, | |
| 21            Defendants. | |

Microsoft Corporation v. Medvedkov et al                                Doc. 10

22

23       THIS MATTER comes before the Court upon plaintiff Microsoft's ("Microsoft") *Ex*

24  *Parte* Application for (1) a Temporary Restraining Order freezing the PayPal account

25  owned or controlled by defendants Oleg Medvedkov and Lynn Layhee (collectively,

26  "Defendants") and related accounts, and (2) an Order requiring Defendants to appear and

ORDER GRANTING (1) TRO FREEZING
DEFENDANTS' ACCOUNTS, AND (2) ORDER
TO SHOW CAUSE – Page 1

1    show cause why the identified accounts should not remain frozen pending the trial in this

2    action. Having reviewed the materials submitted, and being fully advised, the Court

3    GRANTS Microsoft's application as follows:

4        (1)    The Court GRANTS Microsoft's *Ex Parte* Application without notice to

5    Defendants because the Court finds that there is a real and substantial probability that

6    Defendants will secrete or transfer beyond the Court's jurisdiction the funds that are the

7    subject of this Temporary Restraining Order.

8        (2)    The Court GRANTS Microsoft's *Ex Parte* Application for a Temporary

9    Restraining Order freezing Defendants' PayPal and related accounts upon finding that

10    plaintiff Microsoft has carried its burden of showing (a) irreparable harm, and (b) either a

11    likelihood of success on the merits or sufficient questions on the merits to make them a fair

12    ground for litigation and a balance of hardships tipping decidedly in its favor.

13        (3)    The Temporary Restraining Order is granted pursuant to Federal Rule of

14    Civil Procedure 65, the Court's general equitable power, 17 U.S.C. § 504(b) (copyright

15    infringement), 15 U.S.C. § 1117(a) (trademark infringement), and 18 U.S.C. §

16    2318(f)(3)(A) (counterfeit and illicit certificates of authenticity).

17        (4)    The Court hereby RESTRAINS AND ENJOINS defendants Oleg

18    Medvedkov and Lynn Layhee, and any persons or entities acting on their behalf, including

19    but not limited to the financial institutions or third parties identified below, from

20    transferring, disposing of, encumbering or secreting any of the following accounts:

21            (a)    Any PayPal account(s) in the names of, linked to, or otherwise

22        associated with Oleg Medvedkov and/or Lynn Layhee.

23            (b)    Any PayPal account(s) in the names of, linked to, or otherwise

24        associated with the email addresses artow@home.com, 030801a@sbcglobal.net,

25        legepeka@sbcglobal.net, lejepeka@sbcglobal.net, sales@webuysoft.com and/or

26        mcoleg@yahoo.com.

ORDER GRANTING (1) TRO FREEZING
DEFENDANTS' ACCOUNTS, AND (2) ORDER
TO SHOW CAUSE – Page 2

1     (c) Any PayPal account(s) in the names of, linked to, or otherwise

2  associated with eBay Seller names "030801," "lejepek," "lejepeka," "artow" and/or

3  "1st Choice Software."

4     (d) Any PayPal account(s) in the names of, linked to, or otherwise

5  associated with PriceGrabber names "030801," "lejepek,""lejepeka," "artow" and/or

6  "1st Choice Software."

7     (e) Any bank account(s) or other types of accounts linked to or receiving

8  deposits from any of the PayPal account(s) identified in Paragraphs 4(a) through (d)

9  of this Order.

10    (5) As soon as practical upon service of this Order, PayPal is directed to identify

11  by bank name and location, account holder, and account number any account(s) that is/are

12  linked to or receiving deposits from any of the PayPal account(s) identified in Paragraphs

13  4(a) through (d) of this Order.

14    (6) Within three business days upon service of this Order, PayPal is directed to

15  provide account information in sufficient detail to identify the (a) account holder, (b)

16  address or contact information, and (c) current balance for each account subject to this

17  Order. The required information shall be delivered to counsel for Microsoft. As soon as

18  practical, counsel for Microsoft is directed to serve Defendants with copies of all account

19  information received from PayPal.

20    (7) This Temporary Restraining Order shall take effect immediately and shall

21  remain in effect pending the Show Cause Hearing or further order of this Court.

22  Defendants may apply to the Court for dissolution or modification of this Order on two

23  court days' notice to Microsoft.

24    (8) Microsoft is directed to file proof of bond in the amount of $10,000 within

25  three court days of this Order. The bond shall serve as security for all claims with respect

26

1  to this Temporary Restraining Order and any additional injunctive relief ordered by the
2  Court.

3      (9)     Defendants are ordered to appear on May 5, 2006, at 10:00 a.m., and show
4  cause why the account(s) that is/are the subject of this Order should not remain frozen
5  pending the trial in this action.

6      (10)    Defendants shall serve and file any papers in opposition to the continued
7  freeze not less than three court days before the Show Cause Hearing.  Plaintiff Microsoft
8  shall serve and file any reply papers not less than one court day before the Hearing.

9      (11)    Defendants may apply to the court for modification or dissolution of this
10 order on two (2) court days notice by personal service or such service as the court shall
11 allow.

12     DATED this  *1st*  day of  *May*  , 2006 at *4:45* p.m.

16                         United States District Judge

1
2
3
4
5
6
7    425.08 gd211516 5/1/06
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING (1) TRO FREEZING
DEFENDANTS' ACCOUNTS, AND (2) ORDER
TO SHOW CAUSE – Page 5