Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an individual,<br><br>Defendants. | NO. CIV S-06-0949 FCD GGH<br><br>[PROPOSED] ORDER ON SHOW CAUSE HEARING<br><br>Hearing May 5, 2006, at 10:00 a.m.<br><br>The Honorable Frank C. Damrell, Jr. |

THIS MATTER comes before the Court upon plaintiff Microsoft's ("Microsoft") request to continue certain temporary orders entered by this Court on May 1, 2006. Defendant Oleg Medvedkov appeared in person and through counsel at the Show Cause

Microsoft Corporation v. Medvedkov et al   Doc. 22

[PROPOSED] ORDER ON SHOW CAUSE
HEARING -- Page 1

Hearing held on May 5, 2006. The Court, having reviewed the materials submitted and heard the argument of counsel, and being fully advised, hereby rules as follows:

(1) The Court GRANTS Microsoft's request to continue the Temporary Impoundment Order entered by the Court on May 1, 2006. The Court finds that Microsoft has carried its burden of showing (a) irreparable harm, and (b) a likelihood of success on the merits. The Court finds in the alternative that sufficient questions on the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in Microsoft's favor.

(2) Pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a), 17 U.S.C. § 503(a), 17 U.S.C. § 1203(b)(2), and 18 U.S.C. § 2318(f)(2)(B), the Court ENJOINS defendant Oleg Medvedkov, and any persons or entities acting on his behalf, from transferring, removing or disposing of any Microsoft software products or components in his possession, custody or control.

(3) The Court ORDERS defendant Oleg Medvedkov, within ten days of this Order, to make available for inspection and impoundment all Microsoft software products or components in his possession, custody or control. Microsoft is authorized to remove and impound any items it reasonably determines to be counterfeit, tampered and/or infringing. Microsoft shall provide defendant Medvedkov with a written inventory of all items to be impounded. The law firm of Perkins Coie shall be designated as the substitute custodian for purposes of holding the impounded items, and shall make those items available for inspection by defendant Medvedkov and his lawyer, upon reasonable notice.

(4) The Court GRANTS Microsoft's request to continue the Temporary Restraining Order regarding the distribution of Microsoft products entered by the Court on May 1, 2006. The Court finds that Microsoft has carried its burden of showing (a) irreparable harm, and (b) a likelihood of success on the merits. The Court finds in the

alternative that sufficient questions on the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in Microsoft's favor.

(5) Pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a), 17 U.S.C. § 502, 17 U.S.C. § 1203(b), and 18 U.S.C. § 2318(f)(2)(A), the Court ENJOINS defendant Oleg Medvedkov, and any persons or entities acting on his behalf, from advertising, distributing or selling any Microsoft software products, including, but not limited to the following:

    (a) Windows XP Professional,
    (b) Office 2003 Professional,
    (c) Access 2003,
    (d) Excel 2003,
    (e) Outlook 2003,
    (f) PowerPoint 2003,
    (g) Word 2003,
    (h) Publisher 2003,
    (i) Office 2000 Professional,
    (j) Access 2000,
    (k) Excel 2000,
    (l) Outlook 2000,
    (m) PowerPoint 2000,
    (n) Word 2000,
    (o) Publisher 2000,
    (p) Office 97, and
    (q) Other software products protected by any Microsoft copyright or displaying any Microsoft trademark.

(6) Pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116(a), 17 U.S.C. § 502, 17 U.S.C. § 1203(b), and 18 U.S.C. § 2318(f)(2)(A), the Court ENJOINS defendant Oleg Medvedkov, and any persons or entities acting on his behalf, from advertising, distributing or selling any Microsoft software components, including, but not limited to the following:

    (a) Certificates of Authenticity ("COAs"),

    (b) End User License Agreements ("EULAs"),

    (c) Client Access Licenses ("CALs"),

    (d) Product keys,

    (e) End user manuals,

    (f) Frontliners and backliners,

    (g) Registration cards, and

    (h) Other documentation, labeling components or packaging designed to be distributed with Microsoft software products.

(7) The Court GRANTS Microsoft's request to continue the Court's Temporary Restraining Order freezing certain accounts. The Court finds that Microsoft has carried its burden of showing (a) irreparable harm, and (b) a likelihood of success on the merits. The Court finds in the alternative that sufficient questions on the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in Microsoft's favor.

(8) Pursuant to Federal Rule of Civil Procedure 65, the Court's general equitable power, 17 U.S.C. § 504(b), 15 U.S.C. § 1117(a), and 18 U.S.C. § 2318(f)(3)(A), the Court hereby ENJOINS defendant Oleg Medvedkov, and any persons or entities acting on his behalf, including the financial institutions identified below, from transferring, disposing of, encumbering or secreting funds in any of the following accounts:

(a) The PayPal account in the name of Oleg Medvedkov or associated with the e-mail address 030801a@sbcglobal.net; and

(b) The Bank of America account in the name of Oleg Medvedkov or associated with account number 0580009813 (ABA Routing No. 121000358).

(9) Notwithstanding the preceding paragraph, defendant Oleg Medvedkov shall be permitted to make a one-time withdrawal of $5,000 from the Bank of America account identified in subparagraph (b).

(10) The temporary orders entered by the Court shall take effect immediately and shall remain in effect pending the Show Cause Hearing in Paragraph 12, or further order of this Court.

(11) Pursuant to Federal Rule of Civil Procedure 26(d), the Court ORDERS defendant Oleg Medvedkov, within ten days of this Order, to make available for inspection and copying by Microsoft all electronic data files, e-commerce records, e-mail communications, customer records, shipping records, telephone logs and other materials that relate to defendant's software business. Microsoft is authorized to make mirror image copies, or to otherwise backup or archive, all computers or electronic data storage devices used by defendant. Microsoft is further authorized to inspect and copy all physical records in defendant's possession, custody or control.

(12) Defendant Oleg Medvedkov is ordered to appear on _June 2_, 2006, at _10_ a.m./~~p.m.~~, and show cause why the temporary orders should not remain in effect pending the trial in this action.

(13) Defendant Oleg Medvedkov shall serve and file any papers in opposition to a continuation of the temporary orders not less than seven court days before the Show Cause Hearing. Plaintiff Microsoft shall serve and file any reply papers not less than three court days before the Hearing.

///

(14) The Court LIFTS the seal on pleadings filed in this action. The Clerk of the Court is directed to place all pleadings previously filed in the public file, and to take any further actions necessary to carrying out this Order.

DATED this 5th day of May, 2006.

_____
United States District Judge

**Presented by:**

_____
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
    bande@perkinscoie.com

_____
Scott T. Wilsdon (*pro hac vice* pending)
Jeremy R. Roller (*pro hac vice* pending)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
    jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

Approved as to Form:

_/s/ Pamela Crane_
Pamela Crane (Bar No.     )
2377 Gold Meadow Way
Suite 100
Gold River, California 95670
Phone: (916) 806-6827
Fax: (916) 363-9964
Email: pcrane@pcrane.com

Attorneys for Defendant Oleg Medvedkov