Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
          bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
          jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an individual,<br><br>Defendants. | NO. CIV S-06-0949 FCD GGH<br><br>STIPULATION AND ORDER FORFEITING CERTAIN ASSETS AND LIFTING ASSET FREEZE<br><br>The Honorable Frank C. Damrell, Jr. |

## STIPULATION

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft")

and defendant Oleg Medvedkov, doing business as 1st Choice Software, 030801, Lejepek,

Lejepeka, and Artow ("Medvedkov") that the following Order Forfeiting Certain Assets and Lifting Asset Freeze be entered by the Court without further notice or process:

1.      On May 1, 2006, this Court entered an Order Granting Microsoft's *Ex Parte* Application for (1) Temporary Restraining Order Freezing Defendants' PayPal and Related Accounts, and (2) Order to Show Cause ("Temporary Restraining Order"). The Temporary Restraining Order resulted in a freeze on all funds in two accounts owned or controlled by Medvedkov: The PayPal account in the name of Oleg Medvedkov and identified by the e-mail address 030801a@sbcglobal.net, and the Bank of America account in the name of Oleg Medvedkov and identified by the account number xxxxx-x9813.

2.      The freeze on those accounts was continued by this Court's Order on Show Cause Hearing, dated May 5, 2006, and pursuant to Federal Rule of Civil Procedure 65, the Court's general equitable power, 15 U.S.C. § 1117(a), 17 U.S.C. § 504(b), and 18 U.S.C. § 2318(f)(3)(A).

3.      As of the May 5, 2006 Show Cause Hearing, the frozen accounts contained a combined balance of $263,336.27, consisting of $251,930.46 in the PayPal account and $11,405.81 in the Bank of America account. By agreement of the parties, as approved by the Court, the Temporary Restraining Order was modified to allow Medvedkov to withdraw $5,000.00 from his account at Bank of America. *See* Order on Show Cause Hearing ¶ 9.

4.      As partial consideration in the settlement of Microsoft's claims against Medvedkov, Medvedkov agrees to irrevocably forfeit to Microsoft the sum of $236,930.46, to be paid from the funds in the frozen accounts as follows:

      a.      All funds in Medvedkov's PayPal account up to $236,930.46. PayPal is directed to transfer the funds, upon service of this Order, to the Trust Account of Yarmuth Wilsdon Calfo PLLC. Any funds remaining in the PayPal account after the transfer shall remain the property of Medvedkov.

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 2

   b.     All funds in Medvedkov's Bank of America account in the amount of any difference between the balance in the PayPal account and $236,930.46. Counsel for Microsoft is directed to deliver to Bank of America an accounting that identifies any shortfall in the funds transferred by PayPal.  Bank of America is directed to transfer the funds from Medvedkov's bank account, upon service of this Order and the affidavit from Microsoft, to the Trust Account of Yarmuth Wilsdon Calfo PLLC.  Any funds remaining in the Bank of America account after the transfer shall remain the property of Medvedkov.

   5.     Upon completion of the forfeiture of funds to Microsoft, as set forth in Paragraph 4, the Court hereby LIFTS the freeze on Medvedkov's accounts without further notice or order of the Court.

   6.     The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Order Forfeiting Certain Assets.  Medvedkov specifically consents to personal jurisdiction and venue in the United States District Court for the Eastern District of California.


   DATED this _____ day of _____, 2006.


_____
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
    bande@perkinscoie.com

_____
Pamela Crane (Bar No.            )
2377 Gold Meadow Way
Suite 100
Gold River, California 95670
Phone: (916) 806-6827
Fax: (916) 363-9964
Email: pcrane@pcrane.com

Attorney for Defendant Oleg Medvedkov

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 3

1

2

3
_____

Scott T. Wilsdon (*pro hac vice*)

4
Jeremy R. Roller (*pro hac vice*)

YARMUTH WILSDON CALFO PLLC

5
925 Fourth Avenue, Suite 2500

Seattle, Washington  98104

6
Phone: (206) 516-3800

Fax: (206) 516-3888

7
E-Mail: wilsdon@yarmuth.com

8
          jroller@yarmuth.com

9
Attorneys for Plaintiff Microsoft Corporation

10

11

12

13

14
**<u>ORDER</u>**

15
    IT IS SO ORDERED.

16

17
    DATED this  15th day of  May, 2006.

18

19
                 /s/ Frank C. Damrell Jr.

                 The Honorable Frank C. Damrell, Jr.

20
                 United States District Judge

21

22

23

24

25

26

STIPULATION AND ORDER FORFEITING
CERTAIN ASSETS AND LIFTING ASSET
FREEZE – Page 4

425.08 ge100401 5/16/06