Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an individual,<br><br>    Defendants. | NO. CIV S-06-0949 FCD GGH<br><br>STIPULATION AND ORDER FORFEITING IMPOUNDED ARTICLES<br><br>The Honorable Frank C. Damrell, Jr. |

### **STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Oleg Medvedkov, doing business as 1st Choice Software, 030801, Lejepek,

1   Lejepeka, and Artow ("Medvedkov") that the following Order Forfeiting Impounded
2   Articles be entered by the Court without further notice or process:
3       1.    On May 2, 2006, and subsequent to that date Medvedkov surrendered certain
4   Microsoft software, licenses, and components (collectively, the "Impounded Articles") to
5   Microsoft.  The Impounded Articles were impounded pursuant to this Court's Order on
6   Show Cause Hearing dated May 5, 2006, and pursuant to 15 U.S.C. § 1116(a), 17 U.S.C. §
7   503(a), 17 U.S.C. § 1203(b)(2), and 18 U.S.C. § 2318(f)(2)(B).
8       2.    An inventory of the Impounded Articles is attached hereto as Exhibit A.
9       3.    As partial consideration in the settlement of Microsoft's claims against
10  Medvedkov, Medvedkov irrevocably forfeits to Microsoft any right, claim, or interest he
11  has or may believe he has in the Impounded Articles.  The Court's Order directing that the
12  Impounded Articles be held in the custody of the law firm of Perkins Coie is hereby
13  VACATED, and the Impounded Articles shall be turned over to Microsoft immediately.
14      4.    On May 11, 2006, Microsoft was permitted to inspect and copy certain
15  physical and electronic records belonging to Medvedkov, pursuant to this Court's Order on
16  Show Cause Hearing dated May 5, 2006.
17      5.    As partial consideration in the settlement of Microsoft's claims against
18  Medvedkov, Medvedkov consents to Microsoft's right to possess and use the copies of his
19  physical and electronic records.
20      6.    The Court shall retain jurisdiction to entertain such further proceedings and
21  to enter such further orders as may be necessary or appropriate to implement and/or enforce
22  the provisions of this Order Forfeiting Impounded Articles.  Medvedkov specifically
23  consents to personal jurisdiction and venue in the United States District Court for the
24  Eastern District of California.
25  //
26  //

DATED this _____ day of _____, 2006.

| | |
|---|---|
| Paul J. Andre (Bar No. 196585)<br>Esha Bandyopadhyay (Bar No. 212249)<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, California  94025-1114<br>Phone: (650) 838-4370<br>Fax: (650) 838-4350<br>Email: PAndre@perkinscoie.com<br>           bande@perkinscoie.com | Pamela Crane (Bar No.           )<br>2377 Gold Meadow Way<br>Suite 100<br>Gold River, California 95670<br>Phone: (916) 806-6827<br>Fax: (916) 363-9964<br>Email: pcrane@pcrane.com<br><br>Attorney for Defendant Oleg Medvedkov |

Scott T. Wilsdon (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
           jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

## **ORDER**

IT IS SO ORDERED.

DATED this 15th day of May, 2006.

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.
United States District Judge

STIPULATION AND ORDER FORFEITING
IMPOUNDED ARTICLES – Page 3

425.08 ge091504 5/16/06