1    Paul J. Andre (Bar No. 196585)
     Esha Bandyopadhyay (Bar No. 212249)
2    Perkins Coie LLP
     101 Jefferson Drive
3    Menlo Park, California  94025-1114
     Phone: (650) 838-4370
4    Fax: (650) 838-4350
     Email: PAndre@perkinscoie.com
5           bande@perkinscoie.com

6    Scott T. Wilsdon (*pro hac vice*)
     Jeremy Roller (*pro hac vice*)
7    Yarmuth Wilsdon Calfo PLLC
     925 Fourth Avenue, Suite 2500
8    Seattle, Washington  98104
     Phone: (206) 516-3800
9    Fax: (206) 516-3888
     Email: wilsdon@yarmuth.com
10          jroller@yarmuth.com

11   Attorneys for Plaintiff Microsoft

12                    UNITED STATES DISTRICT COURT
13                    EASTERN DISTRICT OF CALIFORNIA
                           SACRAMENTO DIVISION
14

15   MICROSOFT CORPORATION, a
     Washington corporation,                    NO. CIV S-06-0949 FCD GGH
16
                    Plaintiff,                   STIPULATED PERMANENT
                                                 INJUNCTION AGAINST DEFENDANT
17        v.                                     OLEG MEDVEDKOV AND ORDER

18   OLEG MEDVEDKOV, d/b/a 1ST CHOICE            The Honorable Frank C. Damrell, Jr.
     SOFTWARE, 030801, LEJEPEK,
19   LEJEPEKA, and ARTOW, an individual; and
     LYNN LAYHEE, d/b/a 030801, an
20   individual,

21                   Defendants.

22

23                           **STIPULATION**

24        It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft")

25   and defendant Oleg Medvedkov, doing business as 1st Choice Software, 030801, Lejepek,

26

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 1

1    Lejepeka, and Artow ("Medvedkov") that the following Permanent Injunction Against Oleg

2    Medvedkov be entered by the Court without further notice or process:

3         1.    Medvedkov stipulates that he, along with his agents, servants, employees,

4    representatives, successors, and assigns, and all those persons acting at his direction or

5    control, shall be and hereby are PERMANENTLY ENJOINED and RESTRAINED from:

6              a.    imitating, copying, or making any other infringing use or infringing

7    distribution of the software programs, components, end user license agreements or any

8    other items or things protected by Microsoft's copyrights, including, but not limited to, the

9    following Certificate Registration Numbers:

10             (1)    TX 5-407-055 ("Windows XP Professional");

11             (2)    TX 5-837-617 ("Office 2003 Professional");

12             (3)    TX 5-872-225 ("Access 2003");

13             (4)    TX 5-837-636 ("Excel 2003");

14             (5)    TX 5-900-087 ("Outlook 2003");

15             (6)    TX 5-852-649 ("PowerPoint 2003");

16             (7)    TX 5-900-088 ("Word 2003");

17             (8)    TX 5-837-618 ("Publisher 2003");

18             (9)    TX 4-905-936 ("Office 2000 Professional");

19             (10)    TX 4-905-950 ("Access 2000");

20             (11)    TX 4-905-949 ("Excel 2000");

21             (12)    TX 4-906-019 ("Outlook 2000");

22             (13)    TX 4-905-952 ("PowerPoint 2000");

23             (14)    TX 4-905-951 ("Word 2000");

24             (15)    TX 4-905-937 ("Publisher 2000");

25             (16)    TX 4-395-984 ("Office 97"); and

26

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 2

1                       (17)     Any other items or works now or hereafter protected by any

2                       Microsoft copyright;

3         b.     importing (to the United States), offering to the public, providing and

4 trafficking in counterfeit and/or unauthorized product keys, knowing or having reason to

5 know that such product keys (a) are primarily designed or produced for the purpose of

6 circumventing activation and/or validation features of Microsoft software, (b) have only

7 limited commercially significant purpose or use other than to circumvent Microsoft's

8 activation and/or validation features, or (c) are marketed by Medvedkov and/or persons

9 acting in concert with Medvedkov for use in circumventing Microsoft's activation and/or

10 validation features;

11         c.     imitating, copying, or making any other infringing use or infringing

12 distribution of the software and/or materials now or hereafter protected by Microsoft's

13 registered trademarks and service mark, including, but not limited to, the following

14 Trademark Registration Numbers:

15                    (1)     1,200,236 ("MICROSOFT");

16                    (2)     1,256,083 ("MICROSOFT");

17                    (3)     1,872,264 ("WINDOWS");

18                    (4)     1,816,354 (WINDOWS FLAG LOGO);

19                    (5)     1,815,350 (COLORED WINDOWS LOGO);

20                    (6)     1,475,795 ("POWERPOINT");

21                    (7)     1,741,086 ("MICROSOFT ACCESS");

22                    (8)     1,982,562 (PUZZLE PIECE LOGO);

23                    (9)     2,744,843 (COLORED FLAG DESIGN);

24                  (10)     2,188,125 ("OUTLOOK"); and

25                  (11)     Any other items or works now or hereafter protected by any

26                       Microsoft trademark;

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 3

1     d.  manufacturing, assembling, producing, distributing, offering for

2 distribution, circulating, selling, offering for sale, advertising, importing, promoting, or

3 displaying any software, component, or thing bearing any simulation, reproduction,

4 counterfeit, copy, or colorable imitation of any of Microsoft's registered Trademarks,

5 Service Mark or Copyright Registration Numbers, including, but not limited to, those listed

6 in  subparagraphs a and c above;

7     e.  using any simulation, reproduction, counterfeit, copy, or colorable

8 imitation of Microsoft's registered Trademarks, Service Mark, or Copyright Registration

9 Numbers including, but not limited to, those listed in subparagraphs a and c above, in

10 connection with the manufacture, assembly, production, distribution, offering for

11 distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display

12 of any software program, component, and/or item not authorized or licensed by Microsoft;

13     f.  using any false designation of origin or false or misleading

14 description or false or misleading representation that can or is likely to lead the trade or

15 public erroneously to believe that any software program, component, or item has been

16 manufactured, assembled, produced, distributed, offered for distribution or circulation, sold,

17 offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved,

18 or authorized by or for Microsoft, when such is not true in fact;

19     g.  using reproductions, counterfeits, copies or colorable imitations of

20 Microsoft's copyrighted and trademark protected software and other materials in the

21 distribution, offering for distribution, circulating, sale, offering for sale, advertising,

22 importing, promoting, or displaying of any merchandise not authorized or licensed by

23 Microsoft;

24     h.  using the names, logos, or other variations thereof of any of

25 Microsoft's copyright and/or trademark-protected software in any of the Medvedkov's trade

26 or corporate names;

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 4

1        i.       engaging in any other activity constituting an infringement of any of

2    Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right

3    to use or to exploit, these trademarks, service mark, and/or copyrights;

4        j.       trafficking, distributing or intending to traffic or distribute any

5    counterfeit or illicit Microsoft Certificates of Authenticity or Certificate of Authenticity

6    Labels, or any Microsoft documentation or packaging; and

7        k.       assisting, aiding, or abetting any other person or business entity in

8    engaging in or performing any of the activities referred to in subparagraphs a through j

9    above.

10        2.       The Court shall retain jurisdiction to entertain such further proceedings and

11    to enter such further orders as may be necessary or appropriate to implement and/or enforce

12    the provisions of this Permanent Injunction.  Medvedkov specifically consents to personal

13    jurisdiction and venue in the United States District Court for the Eastern District of

14    California.  Microsoft and Medvedkov further stipulate that Medvedkov will provide

15    written notice to Microsoft's counsel of any changes in the name and/or address of any

16    software business, including but not limited to eBay "Stores" and PriceGrabber "Storefront

17    Marketplaces," that he currently owns or operates, or by which he is employed, and of any

18    new or additional software business that he acquires, owns or operates, or by which he is

19    employed.

20        3.       Upon proof of any violations by Medvedkov of the provisions of this

21    Permanent Injunction, the Court shall be authorized to award damages and other relief

22    therefore, including any damages that Microsoft had previously released pursuant to the

23    terms of the Settlement Agreement and Release between Microsoft and Medvedkov.

24    //

25    //

26    //

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 5

DATED:  May __, 2006

**Microsoft Corporation**, a Washington corporation

By: _____
Print Name: _____

DATED:  May __, 2006

**Oleg Medvedkov**

_____

**Approved as to form:**

_____
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
      bande@perkinscoie.com

_____
Pamela Crane (Bar No.          )
2377 Gold Meadow Way
Suite 100
Gold River, California 95670
Phone: (916) 806-6827
Fax: (916) 363-9964
Email: pcrane@pcrane.com

Attorney for Defendant Oleg Medvedkov

_____
Scott T. Wilsdon (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
      jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 6

1

## **<u>ORDER</u>**

2          IT IS SO ORDERED.

3

4          DATED this 15th day of May, 2006.

5

6                                        /s/ Frank C. Damrell Jr.
                                         The Honorable Frank C. Damrell, Jr.
7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED PERMANENT INJUNCTION
AGAINST DEFENDANT OLEG MEDVEDKOV
AND ORDER – Page 7

425.08 ge091507 5/16/06