Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an individual,<br><br>     Defendants. | NO. CIV S-06-0949 FCD GGH<br><br>STIPULATION AND ORDER RELEASING BOND<br><br>The Honorable Frank C. Damrell, Jr. |

### **STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Oleg Medvedkov, doing business as 1st Choice Software, 030801, Lejepek,

Lejepeka, and Artow ("Medvedkov") that the following Order Releasing Bond be entered by the Court without further notice or process:

1. By orders of this Court, dated May 1, 2006, Microsoft posted a bond in the amount of Ten Thousand Dollars ($10,000) to satisfy any claim arising from the Temporary Restraining Orders and Temporary Impoundment Order issued by the Court.

2. On May 4, 2006, Microsoft filed a Notice of Filing of a Bond in Regards to Temporary Restraining Order in the stated amount.

3. This case having been fully settled and resolved, the parties, by and through their undersigned counsel, hereby stipulate to the Court's entry of this Order Releasing Bond. Bond No. 6404547, in the amount of Ten Thousand Dollars ($10,000), filed on behalf of Microsoft by Safeco Insurance Company of America as surety, is hereby RELEASED. The parties stipulate and agree that no claims have been made, or will be made, against this bond.

DATED this 29th day of June, 2006.

/s/ Jeremy Roller for
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
       bande@perkinscoie.com

/s/ Pamela Crane
Pamela Crane (Bar No. 192907)
2377 Gold Meadow Way
Suite 100
Gold River, California 95670
Phone: (916) 806-6827
Fax: (916) 363-9964
Email: pcrane@pcrane.com

Attorney for Defendant Oleg Medvedkov

STIPULATION AND ORDER RELEASING
BOND – Page 2

/s/ Jeremy Roller
Scott T. Wilsdon (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
         jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

## **ORDER**

IT IS SO ORDERED.

DATED this 30th day of June, 2006.

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.
United States District Judge