Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
       bande@perkinscoie.com

Scott T. Wilsdon (*pro hac vice*)
Jeremy Roller (*pro hac vice*)
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
Email: wilsdon@yarmuth.com
       jroller@yarmuth.com

Attorneys for Plaintiff Microsoft

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLEG MEDVEDKOV, d/b/a 1ST CHOICE SOFTWARE, 030801, LEJEPEK, LEJEPEKA, and ARTOW, an individual; and LYNN LAYHEE, d/b/a 030801, an individual,<br><br>Defendants. | NO. CIV S-06-0949 FCD GGH<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>The Honorable Frank C. Damrell, Jr. |

## **STIPULATION**

It is hereby stipulated by and among plaintiff Microsoft Corporation ("Microsoft") and defendant Oleg Medvedkov, doing business as 1st Choice Software, 030801, Lejepek,

STIPULATION AND ORDER OF DISMISSAL –
Page 1

Lejepeka, and Artow ("Medvedkov") that the following Order of Dismissal be entered by the Court without further notice or process:

    1.    Microsoft and Medvedkov stipulate to the dismissal of this action as to Medvedkov with prejudice and without attorneys' fees or costs.

    2.    Microsoft and Medvedkov further stipulate that the United States District Court for the Eastern District of California shall continue to have jurisdiction in this case to the extent necessary to enforce the Permanent Injunction and other agreed orders, and the Settlement Agreement and Release entered into by Microsoft and Medvedkov.

DATED this 29th day of June, 2006.

/s/ Jeremy Roller for
Paul J. Andre (Bar No. 196585)
Esha Bandyopadhyay (Bar No. 212249)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, California  94025-1114
Phone: (650) 838-4370
Fax: (650) 838-4350
Email: PAndre@perkinscoie.com
      bande@perkinscoie.com

/s/ Pamela Crane
Pamela Crane (Bar No. 192907)
2377 Gold Meadow Way
Suite 100
Gold River, California 95670
Phone: (916) 806-6827
Fax: (916) 363-9964
Email: pcrane@pcrane.com

Attorney for Defendant Oleg Medvedkov

/s/ Jeremy Roller
Scott T. Wilsdon (*pro hac vice*)
Jeremy R. Roller (*pro hac vice*)
YARMUTH WILSDON CALFO PLLC
925 Fourth Avenue, Suite 2500
Seattle, Washington  98104
Phone: (206) 516-3800
Fax: (206) 516-3888
E-Mail: wilsdon@yarmuth.com
      jroller@yarmuth.com

Attorneys for Plaintiff Microsoft Corporation

**ORDER**

IT IS SO ORDERED.

DATED this 30th day of June, 2006.

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.
United States District Judge

STIPULATION AND ORDER OF DISMISSAL –
Page 3

425.08 ge091505 6/30/06